# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SHADINGER, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br>v.<br><br>WESCO DISTRIBUTION, INC., a Delaware corporation; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 2:21-CV-00944-JAM-AC<br><br>Honorable John A. Mendez<br>Courtroom 6<br><br><u>PUTATIVE CLASS ACTION</u><br><br>**ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND** |

**ORDER**

Having reviewed the Parties' Joint Stipulation to Continue Hearing on Plaintiff's Motion to Remand and Stay Action Pending Mediation, and good cause appearing thereon, IT IS HEREBY ORDERED:

1. the Hearing on Plaintiff's Motion to Remand scheduled for September 14, 2021, at 1:30 p.m. is continued to May 17, 2022 at 1:30 p.m.;

The case is stayed pending the Parties' mediation.  IT IS SO ORDERED.

Dated:  July 23, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE