# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SHADINGER, individually, and on behalf of other members of the general public similarly situated;<br><br>    Plaintiff,<br>  v.<br><br>WESCO DISTRIBUTION, INC., a Delaware corporation; and DOES 1 through 100, inclusive;<br>    Defendants. | Case No.: 2:21-cv-00944-KJM-AC<br><br>**PUTATIVE CLASS ACTION**<br><br>Honorable Kimberly J. Mueller<br><br>**ORDER TO REMAND**<br><br>Complaint Filed: April 12, 2021<br>Removal Filed:  May 24, 2021<br>Trial Date:      None Set |

Upon consideration of the parties' stipulation, it is hereby ordered that this action is **REMANDED** to the Superior Court of California, County of Sacramento.  Each party shall bear their own costs and attorneys' fees incurred in connection with the removal of this action and other proceedings in this court.

**IT IS SO ORDERED.**

DATED:  April 29, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE